The People of the State of New York, Respondent, v. Joseph Indorsky, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

The People of the State of New York ex rel. Homer L. Bretsch, Appellant, v. The Board of Education of the City of New York and Others, Respondents and Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

The People of the State of New York ex rel. Antonio Cassiso, Appellant, v. Warden of the City Prison, Respondent.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

The People of the State of New York ex rel. Rose Kalcheim, Appellant, v. Warden of the City Prison, Respondent.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Lillian Schmitt, Appellant, v. Andrew Schmitt, Jr., and Others, Respondents.— Order of May 9, 1913, modified so as to provide that, if appellant perfect her appeal, print the record, place the case on the calendar for Tuesday, June 17, 1913, and be ready for argument when reached, the motion to dismiss the appeal shall be denied. Otherwise, motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Arthur C. Skinner, Respondent, v. Everett Vail Watson, Appellant.— Motion to open default granted on condition that appellant pay plaintiff twenty-five dollars costs, perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Ruth Watzelham, an Infant, etc., Respondent, v. The New York Telephone Company, Appellant.— Motion denied, without costs. Present - Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Harry R. Zeiner and Another, Respondents, v. Morris F. Craft, as Supervisor, etc., and Others, Defendants, and Others.— Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.